PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
LILLIAN J. LEE, NY 5449764
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (206) 615-2733
E-Mail: lillian.j.lee@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMLY MILAVONG,<br><br>     Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>     Defendant. | Case No. 1:24-CV-00278-JLT-BAM<br><br>STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from July 22, 2024, up to and including August 21, 2024.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

    This is the Defendant's first request for an extension.  Defendant respectfully requests this extension to allow sufficient time to prepare the Commissioner's brief in light of this case's recent reassignment to Defendant's undersigned counsel due to office need. Defendant's counsel has been diligent in her work, and in the last four weeks, has completed three responsive briefs and a

settlement memorandum. In addition to this case, counsel has seven upcoming responsive briefs in the next four weeks.

                                          Respectfully submitted,

Dated:  July 22, 2024        By:    /s/ *Jonathan Pena\**
                                                  (*as authorized via e-mail on July 22, 2024)
                                                  JONATHAN PENA
                                                  Attorney for Plaintiff

Dated:  July 22, 2024                PHILLIP A. TALBERT
                                                  United States Attorney
                                                  MATHEW W. PILE
                                                  Associate General Counsel
                                                  Social Security Administration

                                  By:    /s/ *Lillian J. Lee*
                                                  LILLIAN J. LEE
                                                  Special Assistant U.S. Attorney
                                                  Attorneys for Defendant

## **ORDER**

      Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including **August 21, 2024**, to respond to Plaintiff's Motion for Summary Judgment.  The remaining dates in the Court's Scheduling Order shall be modified accordingly.

IT IS SO ORDERED.

    Dated:   **July 23, 2024**                              /s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE